IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02801-KLM

PROGRESSIVE CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

TAGGART & ASSOCIATES, INC.,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion for Protective Order** [#27] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#28] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: February 24, 2016